1  | DIANE J. HUMETEWA
   | United States Attorney
2  | District of Arizona
   | WALLACE H. KLEINDIENST
3  | Assistant U.S. Attorney
   | United States Courthouse
4  | 405 W. Congress St., Suite 4800
   | Tucson, Arizona 85701
5  | Telephone: (520) 620-7300
   | E-mail: wallace.kleindienst@usdoj.gov
6  | Attorneys for Plaintiff

——FILED——LODGED
——RECEIVED——COPY

2009 APR -8  P 4: 14

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DANIEL ENRIQUE PAZ,

Defendant.

**CR 09  0588 TUC** RCC/GEE

INDICTMENT

Violation: 26 U.S.C. § 7202
(Failure to Account and Pay Over Tax)

26 U.S.C. 7203
(Failure to File Tax Returns)

THE GRAND JURY CHARGES:

## INTRODUCTION

1. At all times material to this Indictment the defendant DANIEL ENRIQUE PAZ (PAZ) endeavored to evade the payment of taxes which either he or his companies owed to the United States. PAZ was a principal and an employee of Color Sand, Inc. (Color Sand) from approximately 1992 to 1999. Color Sand was formed by PAZ's father, Daniel Sanchez Paz, in 1990. Color Sand's primary business was the ownership of Spectrum Auto Collision, a body repair shop located on Ina Road in Tucson, Arizona.

2. While employed by Color Sand, PAZ had the responsibility to collect the employment or payroll taxes from both the employees of the body repair shop and Color Sand. The payroll taxes consist of the employee's share of federal income taxes and medicare and social security taxes (also referred to as Federal Insurance

Contribution Act or FICA taxes). PAZ, on behalf of Color Sand, was also required by law to remit it's employer share of taxes which matched the employee's medicare and social security taxes. All of these taxes were required to be paid over to the Internal Revenue Service four times during the year through IRS Form 941. Between 1996 and 1999, PAZ collected approximately $296,346 of payroll taxes from the Spectrum Auto Collision employees and Color Sand. PAZ, however, failed to pay those taxes over to the Internal Revenue Service. The Internal Revenue Service subsequently filed liens against Color Sand for these and other taxes unpaid taxes.

3. PAZ left Spectrum Auto Collision sometime around 1999 to run another Spectrum Auto Collision shop owned and operated by Color Sand which was located on Broadway Avenue in Tucson. PAZ subsequently took over ownership and control of that body shop through his incorporation of Calm, Inc., (Calm), an Arizona corporation. He subsequently opened a second auto body shop under Calm, Inc, on First Avenue in Tucson in 2001.

4. PAZ employed a number of people to work for him on a full time basis at both body shops, including auto body technicians, laborers, painters, marketing representatives and office workers. PAZ paid these employees bi-weekly by a company check throughout the year. He withheld from their paycheck their payroll taxes owed by each employee. PAZ collected employee payroll taxes in the approximate amount of $85,288 in 2002, $66,666 in 2003, $62,294 in 2004, and $26,560 in 2005 for a total of $240,808. PAZ failed to pay over those taxes to the Internal Revenue Service. Calm's matching share of social security and medicare taxes were approximately $31,448 for 2002, $26,726 for 2003, $27,704 for 2004 and $14,037 for 2005, for a total of $99,915. PAZ also failed to pay over these taxes. The total amount of for these unpaid payroll taxes was $340,724. Because PAZ did not pay over these taxes, his employees did not receive credit from the Social Security Administration for the unpaid taxes. The Social Security and Medicare programs lost a significant amount of tax revenue. The

employees did receive credit for the federal income tax withheld from their paychecks as reflected in their Forms W-2, but the Internal Revenue Service did not receive those taxes.

5. Aside from his failure to remit the payroll taxes, PAZ has never filed a federal corporate income tax returns for Calm, Inc., since it was incorporated in 1999 even though Calm, Inc., had received significant revenue from its two auto body shops. Nor has PAZ filed a Form 941 remitting the payroll taxes to the Internal Revenue since the fourth quarter of 2000 even though payroll tax withholdings were collected from his employees. Nor has PAZ filed federal income tax returns for his personal taxes since 1998 even though he had significant income from his body shop business.

6. The statements set forth in the Introduction are hereby incorporated by reference into each and every count of the Indictment.

## COUNT ONE

On or about April 15, 2003, at or near Tucson, in the District of Arizona, the defendant, DANIEL ENRIQUE PAZ, had and received gross income of at least $13,850 that by reason of such gross income he was required to file by law, following the close of the calendar year 2002, and on or before April 15, 2003, an income tax return to the Internal Revenue Service, stating specifically the items of his gross income and any deductions and credits to which he was entitled; that well-knowing and believing all of the foregoing, he did willfully fail to make an income tax return to said Internal Revenue Service.

All in violation of Title 26, United States Code, Section 7203.

## COUNT TWO

On or about April 30, 2003, at or near Tucson, in the District of Arizona, the defendant, DANIEL ENRIQUE PAZ, did willfully fail to truthfully account for and pay over to the Internal Revenue Service all of the federal income taxes and Federal

Insurance Contributions Act (FICA) taxes due and owing by the employees of Calm, Inc. to the United States of America, for the first quarter of the year 2003.

All in violation of Title 26, United States Code, Section 7202.

## COUNT THREE

On or about April 30, 2003, at or near Tucson, in the District of Arizona, the defendant, DANIEL ENRIQUE PAZ, a person required to file by law, as the owner of Calm, Inc., doing business as Spectrum Auto Collision, an auto body repair shop which employed people, a Form 941 to the Internal Revenue Service to account for the withheld federal income taxes and the Federal Insurance Contribution Act (FICA) taxes due and owing by Calm, Inc., and the employees of Calm, Inc., to the United States, did willfully fail to make a return of a Form 941 stating that the said taxes had been collected from the employees of Calm, Inc., and Calm, Inc., by the defendant, DANIEL ENRIQUE PAZ, for the first quarter of the year 2003 to  the Internal Revenue Service.

All in violation of Title 26, United States Code, Section 7203.

## COUNT FOUR

On or about July 31, 2003, at or near Tucson, in the District of Arizona, the defendant, DANIEL ENRIQUE PAZ, did willfully fail to truthfully account for and pay over to the Internal Revenue Service all of the federal income taxes and Federal Insurance Contributions Act (FICA) taxes due and owing by the employees of Calm, Inc. to the United States of America, for the second quarter of the year 2003.

All in violation of Title 26, United States Code, Section 7202.

## COUNT FIVE

On or about July 31, 2003, at or near Tucson, in the District of Arizona, the defendant, DANIEL ENRIQUE PAZ, a person required to file by law, as the owner of Calm, Inc., doing business as Spectrum Auto Collision, an auto body repair shop which employed people, a Form 941 to the Internal Revenue Service to account for the

*Indictment Page 4 of 13*

withheld federal income taxes and the Federal Insurance Contribution Act (FICA) taxes due and owing by Calm, Inc., and the employees of Calm, Inc., to the United States, did willfully fail to make a return of a Form 941 stating that the said taxes had been collected from the employees of Calm, Inc., and Calm, Inc., by the defendant, DANIEL ENRIQUE PAZ, for the second quarter of the year 2003 to the Internal Revenue Service.

All in violation of Title 26, United States Code, Section 7203.

### COUNT SIX

On or about October 31, 2003, at or near Tucson, in the District of Arizona, the defendant, DANIEL ENRIQUE PAZ, did willfully fail to truthfully account for and pay over to the Internal Revenue Service all of the federal income taxes and Federal Insurance Contributions Act (FICA) taxes due and owing by the employees of Calm, Inc. to the United States of America, for the third quarter of the year 2003.

All in violation of Title 26, United States Code, Section 7202.

### COUNT SEVEN

On or about October 31, 2003, at or near Tucson, in the District of Arizona, the defendant, DANIEL ENRIQUE PAZ, a person required to file by law, as the owner of Calm, Inc., doing business as Spectrum Auto Collision, an auto body repair shop which employed people, a Form 941 to the Internal Revenue Service to account for the withheld federal income taxes and the Federal Insurance Contribution Act (FICA) taxes due and owing by Calm, Inc., and the employees of Calm, Inc., to the United States, did willfully fail to make a return of a Form 941 stating that the said taxes had been collected from the employees of Calm, Inc., and Calm, Inc., by the defendant, DANIEL ENRIQUE PAZ, for the third quarter of the year 2003 to the Internal Revenue Service.

All in violation of Title 26, United States Code, Section 7203.

*Indictment Page 5 of 13*

## COUNT EIGHT

On or about February 2, 2004, at or near Tucson, in the District of Arizona, the defendant, DANIEL ENRIQUE PAZ, did willfully fail to truthfully account for and pay over to the Internal Revenue Service all of the federal income taxes and Federal Insurance Contributions Act (FICA) taxes due and owing by the employees of Calm, Inc. to the United States of America, for the fourth quarter of the year 2003.

All in violation of Title 26, United States Code, Section 7202.

## COUNT NINE

On or about February 2, 2004, at or near Tucson, in the District of Arizona, the defendant, DANIEL ENRIQUE PAZ, a person required to file by law, as the owner of Calm, Inc., doing business as Spectrum Auto Collision, an auto body repair shop which employed people, a Form 941 to the Internal Revenue Service to account for the withheld federal income taxes and the Federal Insurance Contribution Act (FICA) taxes due and owing by Calm, Inc., and the employees of Calm, Inc., to the United States, did willfully fail to make a return of a Form 941 stating that the said taxes which had been collected from the employees of Calm, Inc., and Calm, Inc., by the defendant, DANIEL ENRIQUE PAZ, for the fourth quarter of the year 2003 to the Internal Revenue Service.

All in violation of Title 26, United States Code, Section 7203.

## COUNT TEN

On or about April 15, 2004, at or near Tucson, in the District of Arizona, the defendant, DANIEL ENRIQUE PAZ, had and received gross income of at least $15,600 that by reason of such gross income he was required to file by law, following the close of the calendar year 2003, and on or before April 15, 2004, an income tax return to the Internal Revenue Service, stating specifically the items of his gross income and any deductions and credits to which he was entitled; that well-knowing and believing all of

the foregoing, he did willfully fail to make an income tax return to said Internal Revenue Service.

All in violation of Title 26, United States Code, Section 7203.

### COUNT ELEVEN

On or about April 30, 2004, at or near Tucson, in the District of Arizona, the defendant, DANIEL ENRIQUE PAZ, did willfully fail to truthfully account for and pay over to the Internal Revenue Service all of the withheld federal income taxes and Federal Insurance Contributions Act (FICA) taxes due and owing by the employees of Calm, Inc. to the United States of America, for the first quarter of the year 2004.

All in violation of Title 26, United States Code, Section 7202.

### COUNT TWELVE

On or about April 30, 2004, at or near Tucson, in the District of Arizona, the defendant, DANIEL ENRIQUE PAZ, a person required to file by law, as the owner of Calm, Inc., doing business as Spectrum Auto Collision, an auto body repair shop which employed people, a Form 941to the Internal Revenue Service to account for the withheld federal income taxes and the Federal Insurance Contribution Act (FICA) taxes due and owing by Calm, Inc., and the employees of Calm, Inc., to the United States, did willfully fail to make a return of a Form 941stating that the said taxes which had been collected from the employees of Calm, Inc., and Calm, Inc., by the defendant, DANIEL ENRIQUE PAZ, for the first quarter of the year 2004 to the Internal Revenue Service.

All in violation of Title 26, United States Code, Section 7203.

### COUNT THIRTEEN

On or about August 2, 2004, at or near Tucson, in the District of Arizona, the defendant, DANIEL ENRIQUE PAZ, did willfully fail to truthfully account for and pay over to the Internal Revenue Service all of the federal income taxes and Federal

Insurance Contributions Act (FICA) taxes due and owing by the employees of Calm, Inc. to the United States of America, for the second quarter of the year 2004.

All in violation of Title 26, United States Code, Section 7202.

## COUNT FOURTEEN

On or about August 2, 2004, at or near Tucson, in the District of Arizona, the defendant, DANIEL ENRIQUE PAZ, a person required to file by law, as the owner of Calm, Inc., doing business as Spectrum Auto Collision, an auto body repair shop which employed people, a Form 941 to the Internal Revenue Service to account for the withheld federal income taxes withheld and the Federal Insurance Contribution Act (FICA) taxes due and owing by Calm, Inc., and the employees of Calm, Inc., to the United States, did willfully fail to make a return of a Form 941 stating that the said taxes which had been collected from the employees of Calm, Inc., and Calm, Inc., by the defendant, DANIEL ENRIQUE PAZ, for the second quarter of the year 2004 to the Internal Revenue Service.

All in violation of Title 26, United States Code, Section 7203.

## COUNT FIFTEEN

On or about November 1, 2004, at or near Tucson, in the District of Arizona, the defendant, DANIEL ENRIQUE PAZ, did willfully fail to truthfully account for and pay over to the Internal Revenue Service all of the federal income taxes and Federal Insurance Contributions Act (FICA) taxes due and owing by the employees of Calm, Inc. to the United States of America, for the third quarter of the year 2004.

All in violation of Title 26, United States Code, Section 7202.

## COUNT SIXTEEN

On or about November 1, 2004, at or near Tucson, in the District of Arizona, the defendant, DANIEL ENRIQUE PAZ, a person required to file by law, as the owner of

Calm, Inc., doing business as Spectrum Auto Collision, an auto body repair shop which employed people, a Form 941 to the Internal Revenue Service to account for the withheld federal income taxes and the Federal Insurance Contribution Act (FICA) taxes due and owing by Calm, Inc., and the employees of Calm, Inc., to the United States, did willfully fail to make a return of a Form 941 stating that the said taxes which had been collected from the employees of Calm, Inc., and Calm, Inc., by the defendant, DANIEL ENRIQUE PAZ, for the third quarter of the year 2004 to the Internal Revenue Service.

All in violation of Title 26, United States Code, Section 7203.

## COUNT SEVENTEEN

On or about January 31, 2005, at or near Tucson, in the District of Arizona, the defendant, DANIEL ENRIQUE PAZ, did willfully fail to truthfully account for and pay over to the Internal Revenue Service all of the federal income taxes and Federal Insurance Contributions Act (FICA) taxes due and owing by the employees of Calm, Inc. to the United States of America, for the fourth quarter of the year 2004.

All in violation of Title 26, United States Code, Section 7202.

## COUNT EIGHTEEN

On or about January 31, 2005, at or near Tucson, in the District of Arizona, the defendant, DANIEL ENRIQUE PAZ, a person required to file by law, as the owner of Calm, Inc., doing business as Spectrum Auto Collision, an auto body repair shop which employed people, a Form 941 to the Internal Revenue Service to account for the withheld federal income taxes and the Federal Insurance Contribution Act (FICA) taxes due and owing by Calm, Inc., and the employees of Calm, Inc., to the United States, did willfully fail to make a return of a Form 941 stating that the said taxes which had been collected from the employees of Calm, Inc., and Calm, Inc., by the defendant, DANIEL ENRIQUE PAZ, for the fourth quarter of the year 2004 to the Internal Revenue Service.

All in violation of Title 26, United States Code, Section 7203.

## COUNT NINETEEN

On or about April 15, 2005, at or near Tucson, in the District of Arizona, the defendant, DANIEL ENRIQUE PAZ, had and received gross income of at least $15,900 that by reason of such gross income he was required to file by law, following the close of the calendar year 2004, and on or before April 15, 2005, an income tax return to the Internal Revenue Service, stating specifically the items of his gross income and any deductions and credits to which he was entitled; that well-knowing and believing all of the foregoing, he did willfully fail to make an income tax return to said Internal Revenue Service.

All in violation of Title 26, United States Code, Section 7203.

## COUNT TWENTY

On or about May 2, 2005, at or near Tucson, in the District of Arizona, the defendant, DANIEL ENRIQUE PAZ, did willfully fail to truthfully account for and pay over to the Internal Revenue Service all of the federal income taxes and Federal Insurance Contributions Act (FICA) taxes due and owing by the employees of Calm, Inc. to the United States of America, for the first quarter of the year 2005.

All in violation of Title 26, United States Code, Section 7202.

## COUNT TWENTY-ONE

On or about May 2, 2005, at or near Tucson, in the District of Arizona, the defendant, DANIEL ENRIQUE PAZ, a person required to file by law, as the owner of Calm, Inc., doing business as Spectrum Auto Collision, an auto body repair shop which employed people, a Form 941 to the Internal Revenue Service to account for the withheld federal income taxes and the Federal Insurance Contribution Act (FICA) taxes due and owing by Calm, Inc., and the employees of Calm, Inc., to the United States, did willfully fail to make a return of a Form 941 stating that the said taxes which had been collected from the employees of Calm, Inc., and Calm, Inc., by the defendant,

DANIEL ENRIQUE PAZ, for the first quarter of the year 2005 to the Internal Revenue Service.

All in violation of Title 26, United States Code, Section 7203.

## COUNT TWENTY-TWO

On or about August 1, 2005, at or near Tucson, in the District of Arizona, the defendant, DANIEL ENRIQUE PAZ, did willfully fail to truthfully account for and pay over to the Internal Revenue Service all of the federal income taxes and federal Insurance Contributions Act (FICA) taxes due and owing by the employees of Calm, Inc. to the United States of America, for the second quarter of the year 2005.

All in violation of Title 26, United States Code, Section 7202.

## COUNT TWENTY-THREE

On or about August 1, 2005, at or near Tucson, in the District of Arizona, the defendant, DANIEL ENRIQUE PAZ, a person required to file by law, as the owner of Calm, Inc., doing business as Spectrum Auto Collision, an auto body repair shop which employed people, a Form 941 to the Internal Revenue Service to account for the withheld federal income taxes and the Federal Insurance Contribution Act (FICA) taxes due and owing by Calm, Inc., and the employees of Calm, Inc., to the United States, did willfully fail to make a return of a Form 941 stating that the said taxes which had been collected from the employees of Calm, Inc., and Calm, Inc., by the defendant, DANIEL ENRIQUE PAZ, for the second quarter of the year 2005 to the Internal Revenue Service.

All in violation of Title 26, United States Code, Section 7203.

## COUNT TWENTY-FOUR

On or about October 31, 2005, at or near Tucson, in the District of Arizona, the defendant, DANIEL ENRIQUE PAZ, did willfully fail to truthfully account for and pay over to the Internal Revenue Service all of the federal income taxes and Federal

Insurance Contributions Act (FICA) taxes due and owing by the employees of Calm, Inc. to the United States of America, for the third quarter of the year 2005.

All in violation of Title 26, United States Code, Section 7202.

### COUNT TWENTY-FIVE

On or about October 31, 2005, at or near Tucson, in the District of Arizona, the defendant, DANIEL ENRIQUE PAZ, a person required to file by law, as the owner of Calm, Inc., doing business as Spectrum Auto Collision, an auto body repair shop which employed people, a Form 941 to the Internal Revenue Service to account for the withheld federal income taxes and the Federal Insurance Contribution Act (FICA) taxes due and owing by Calm, Inc., and the employees of Calm, Inc., to the United States, did willfully fail to make a return of a Form 941 stating that the said taxes which had been collected from the employees of Calm, Inc., and Calm, Inc., by the defendant, DANIEL ENRIQUE PAZ, for the third quarter of the year 2005 to the Internal Revenue Service.

All in violation of Title 26, United States Code, Section 7203.

### COUNT TWENTY-SIX

On or about January 31, 2006, at or near Tucson, in the District of Arizona, the defendant, DANIEL ENRIQUE PAZ, did willfully fail to truthfully account for and pay over to the Internal Revenue Service all of the federal income taxes and Federal Insurance Contributions Act (FICA) taxes due and owing by the employees of Calm, Inc. to the United States of America, for the fourth quarter of the year 2005.

All in violation of Title 26, United States Code, Section 7202.

### COUNT TWENTY-SEVEN

On or about January 31, 2006, at or near Tucson, in the District of Arizona, the defendant, DANIEL ENRIQUE PAZ, a person required to file by law, as the owner of Calm, Inc., doing business as Spectrum Auto Collision, an auto body repair shop which

employed people, a Form 941 to the Internal Revenue Service to account for the withheld federal income taxes and the Federal Insurance Contribution Act (FICA) taxes due and owing by Calm, Inc., and the employees of Calm, Inc., to the United States, did willfully fail to make a return of a Form 941 stating that the said taxes which had been collected from the employees of Calm, Inc., and Calm, Inc., by the defendant, DANIEL ENRIQUE PAZ, for the fourth quarter of the year 2005 to the Internal Revenue Service.

All in violation of Title 26, United States Code, Section 7203.

## COUNT TWENTY-EIGHT

On or about April 15, 2006, at or near Tucson, in the District of Arizona, the defendant, DANIEL ENRIQUE PAZ, had and received gross income of at least $16,400 that by reason of such gross income he was required to file by law, following the close of the calendar year 2005, and on or before April 15, 2006, an income tax return to the Internal Revenue Service, stating specifically the items of his gross income and any deductions and credits to which he was entitled; that well-knowing and believing all of the foregoing, he did willfully fail to make an income tax return to said Internal Revenue Service.

All in violation of Title 26, United States Code, Section 7203.

A TRUE BILL

Presiding Juror

APR 08 2009

REDACTED FOR
PUBLIC DISCLOSURE

DIANE J. HUMETEWA
United States Attorney
District of Arizona

Assistant U.S. Attorney

*Indictment Page 13 of 13*